UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAN RISK RETENTION GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00218-TWP-MJD |
| ) | |
| BOTTOMS UP SCUBA INDY LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

On July 28, 2021, the Court granted attorneys James J. Ammeen, Jr. & Mark J. Liechty's motion to withdraw their appearances in this matter for Defendants Bottoms Up Scuba Indy LLC, Bottoms Up Scuba LLC, and Michael Ellis. [Dkt. 83.] As corporate entities, Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC must be represented by counsel for this matter to proceed. *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008). Accordingly, the Court ordered Defendants Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC to obtain new counsel and for such counsel to enter their appearance in this matter no later than August 19, 2021. [Dkt. 84.] If counsel did not appear by that date, the Court further ordered Defendants Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC to show cause, by no later than August 20, 2021, why default should not be entered against them for their failure to appear to defend against any claims against Defendants as ordered. [*Id*].

To date, neither an appearance nor a response to the Court's Order to Show Cause has been filed on behalf of Defendants Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC. Consequently, the Magistrate Judge recommends the Court issue an Entry of Default against Defendants Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC for failure to appear to

defend against any claims against them. The Magistrate Judge further recommends dismissal of Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC's counterclaims and third-party claims for failure to appear to prosecute this action.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated: 17 SEP 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

BOTTOMS UP SCUBA INDY LLC
c/o MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

BOTTOMS UP SCUBA LLC
c/o MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952