## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| DAN RISK RETENTION GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOTTOMS UP SCUBA INDY LLC, )<br>BOTTOMS UP SCUBA LLC, )<br>CLAYTON ST. JOHN, )<br>MICHAEL ELLIS, )<br>GREG KISHBAUGH Individually and as Personal )<br>Representative of the Estate of Donna Kishbaugh, )<br>)<br>Defendants. )<br>_____)<br>)<br>MICHAEL ELLIS, )<br>BOTTOMS UP SCUBA INDY LLC, )<br>BOTTOMS UP SCUBA LLC, )<br>)<br>Counter Claimants, )<br>)<br>v. )<br>)<br>DAN RISK RETENTION GROUP, INC., )<br>)<br>Counter Defendant. )<br>_____)<br>)<br>MICHAEL ELLIS, )<br>BOTTOMS UP SCUBA INDY LLC, )<br>BOTTOMS UP SCUBA LLC, )<br>)<br>Third Party Plaintiffs, )<br>)<br>v. )<br>)<br>PADI WORLDWIDE CORP., )<br>)<br>Third Party Defendant. ) | No. 1:21-cv-00218-TWP-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 17, 2021, The Magistrate Judge submitted his Report and Recommendation (Dkt. 92). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The **clerk is directed to issue** an Entry of Default against Defendants Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC for failure to appear to defend against any claims against them. The counterclaims and third-party claims filed by Bottoms Up Scuba Indy LLC and Bottoms Up Scuba LLC are dismissed for failure to appear to prosecute this action. The **clerk is directed to terminate** these claims on the docket.

IT IS SO ORDERED.

Date: 10/4/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

Nicholas James Bognanno
PLEWS SHADLEY RACHER & BRAUN
nbognanno@psrb.com

BOTTOMS UP SCUBA INDY LLC
c/o MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

Matthew Evan Burkhart
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
matthew.burkhart@faegredrinker.com

BOTTOMS UP SCUBA LLC
c/o MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

Andrew David Dettmer
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrew.dettmer@faegredrinker.com

Alex Maurice Beeman
REMINGER CO. LPA (Indianapolis)
abeeman@reminger.com

Trenton W. Gill
REMINGER CO. LPA (Indianapolis)
tgill@reminger.com

Anthony L. Holton
REMINGER CO. LPA (Indianapolis)
aholton@reminger.com

John M. Ketcham
PLEWS SHADLEY RACHER & BRAUN LLP
jketcham@psrb.com

Daniel Ryan Roy
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
daniel.roy@faegredrinker.com

Ann Marie Waldron
WALDRON TATE BOWEN FUNK SPANDAU LLC
annmarie@wtbfs-law.com