UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAN RISK RETENTION GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOTTOMS UP SCUBA INDY LLC Clerk's Entry ) <br> of Default entered 10/4/2021, ) <br> BOTTOMS UP SCUBA LLC Clerk's Entry of ) <br> Default entered 10/4/2021, ) <br> CLAYTON ST. JOHN Clerk's Entry of Default ) <br> entered 10/4/2021, ) <br> MICHAEL ELLIS, ) <br> ) <br> Defendants. ) <br> ) <br> MICHAEL ELLIS, ) <br> ) <br> Counter Claimant, ) <br> ) <br> v. ) <br> ) <br> DAN RISK RETENTION GROUP, INC., ) <br> ) <br> Counter Defendant. ) <br> ) <br> MICHAEL ELLIS, ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PADI WORLDWIDE CORP., ) <br> ) <br> Third Party Defendant. ) | No. 1:21-cv-00218-TWP-MJD |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Third-Party Defendant Padi Worldwide Corp.'s Motion to Dismiss (Dkt. 102). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Padi's Motion to Dismiss (Dkt. 57) is **GRANTED** with respect to Ellis' Third-Party Claim against PADI and that claim is dismissed with prejudice.

IT IS SO ORDERED.

Date:  11/5/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MICHAEL ELLIS
286 Fields Terrace SE
Port Charlotte, FL 33952

Alex Maurice Beeman
REMINGER CO. LPA (Indianapolis)
abeeman@reminger.com

Nicholas James Bognanno
PLEWS SHADLEY RACHER & BRAUN
nbognanno@psrb.com

Matthew Evan Burkhart
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
matthew.burkhart@faegredrinker.com

Andrew David Dettmer
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrew.dettmer@faegredrinker.com

Trenton W. Gill
REMINGER CO. LPA (Indianapolis)
tgill@reminger.com

Anthony L. Holton
REMINGER CO. LPA (Indianapolis)
aholton@reminger.com

John M. Ketcham
PLEWS SHADLEY RACHER & BRAUN LLP
jketcham@psrb.com

Daniel Ryan Roy
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
daniel.roy@faegredrinker.com

Ann Marie Waldron
WALDRON TATE BOWEN FUNK SPANDAU LLC
annmarie@wtbfs-law.com